NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|   |   |
|---|---|
| IN RE REGINAL LEE DAVIS | MASTER DOCKET<br>Civ. No. 24-9951 (RMB-EAP)<br><br>**ORDER APPOINTING**<br>**PRO BONO COUNSEL**<br><br>**MEMORANDUM AND ORDER**<br>**RELATES TO**<br>Civ. No. 24-9589 (RK-JBD) |

THIS MATTER comes before the Court in connection with Plaintiff Reginal Lee Davis's filings in Civil Action No. 24-9589 (RK-JBD), consolidated under Master Docket Civ. Action No. 24-9951 (RMB-EAP), pursuant to the Court's November 8, 2024 Memorandum and Order consolidating Davis's related civil actions for all purposes under Federal Rule of Civil Procedure 42(a).

**IT APPEARING THAT:**

1. On September 23, 2024, Plaintiff filed an incomprehensible complaint in Civil Action No. 24-9589, designated as Docket Entry 1 in that docket.

2. On October 21, 2024, Plaintiff submitted an incoherent motion for a final restraining order in the same case (Docket Entry 3), which failed to articulate any comprehensible claim for relief.

3. On that same date, Plaintiff also filed an *in forma pauperis* ("IFP") application pursuant to 28 U.S.C. § 1915(a) (Docket Entry 4).  While the application included a signed account certification, it failed to include the required six-month trust fund account statement and is therefore procedurally deficient under § 1915(a)(2).

4. On November 8, 2024, this Court ordered all of Plaintiff's civil matters consolidated under the master docket.  (Docket Entry 4.)  That Order also stayed all proceedings pending the appointment of pro bono counsel, whose representation will be limited to preparing and filing a proper amended civil rights complaint and/or habeas petition, if warranted under Federal Rule of Civil Procedure 11(b).

5. The Court has not yet obtained a volunteer attorney willing to accept pro bono appointment in this matter.  The stay remains in effect.

Accordingly, for the reasons set forth above,

**IT IS** on this **14th day of May 2025**,

**ORDERED** that Plaintiff's motion for a final restraining order (Dkt. No. 3 in 24-9589) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff's *in forma pauperis* application (Dkt. No. 4 in 24-9589) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is directed to make all future filings exclusively in the master docket, Civil Action No. 24-9951 (RMB-EAP).  No

filings shall be made in the individual case dockets; and it is further

**ORDERED** that this consolidated action remains **STAYED** pending the appointment of pro bono counsel or submission by Plaintiff of a clear and concise amended complaint and/or petition for writ of habeas corpus that satisfies the requirements of Federal Rule of Civil Procedure 8(a) and is filed in the master docket; and it is further

**ORDERED** that the Clerk is requested to seek counsel from the Court's Pro Bono Panel, pursuant to 28 U.S.C. § 1915(e)(1), willing to accept appointment in the master case for the limited purpose of assisting Plaintiff in preparing and filing an amended complaint and/or habeas petition, if warranted; and it is further

**ORDERED** that the Clerk of the Court shall file this Order in the master docket and in Civ. No. 24-9589 (RK-JBD); and it is further

**ORDERED** that the Clerk shall serve a copy of this Memorandum and Order on Plaintiff by regular U.S. mail.

<u>s/Renée Marie Bumb</u>
Renée Marie Bumb
Chief United States District Judge